UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS SANCHEZ-GARCIA,<br><br>                              Plaintiff,<br><br>         -against-<br><br>NY DMV,<br><br>                              Defendant. | 25-cv-5725 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 16, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 18, 2025
            New York, New York

                                                    /s/ Louis L. Stanton
                                                    LOUIS L. STANTON
                                                    United States District Judge